**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

October 5, 2011

**VIA ECF**
The Honorable Andrew L. Carter
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** **Lowenbein v. Berman**
**11 CV 1293 (DLI) (ALC)**

Dear Magistrate Judge Carter:

I represent the plaintiff in the above matter.  I have communicated with the Court previously concerning this matter.  I have served the Secretary of State and a sufficient amount of time has passed so that I have filed a motion for entry of default which was granted.  Therefore, plaintiff requests that the conference scheduled for tomorrow be adjourned.  The plaintiff will endeavor to determine net worth and numerosity to make a motion for class certification.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein