**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411


May 4, 2012

**VIA ECF**
The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:    Lowenbein v. Berman**
       **11 CV 1293 (DLI) (SMG)**

Dear Magistrate Judge Gold:

I represent the plaintiff in the above matter.  The Court has ordered a status report to be filed by today.  Upon further consideration, we intend to file an application for default and also append a proposed judgment for statutory damages, attorney's fees and costs.  I would intend to file this application within one week.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein